Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
Sean B. Kirby, Esq., Nevada Bar No. 14224
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
          kbarlow@greeneinfusolaw.com
          skirby@greeneinfusolaw.com

Attorneys for Alex Berezovsky

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ALEX BEREZOVSKY; and TANGLEWOOD HOMEOWNERS ASSOCIATION,<br><br>                              Defendants. | Case No.  2:15-cv-00909-JCD-CWH<br><br><br>**STIPULATION AND ORDER SUBSTITUTING REAL PARTY IN INTEREST** |
| ALEX BEREZOVSKY, an individual,<br><br>                              Counterclaimant,<br><br>v.<br><br>CURTIS BARSCHDORF, an individual; GAYE ANN BARSCHDORF, an individual; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; RICHLAND HOLDINGS, INC., dba ACCTCORP OF SOUTHERN NEVADA, a Nevada corporation; and any and all other persons unknown claiming any right, title, estate, lien or interest in the Property adverse to the Berezovsky's ownership, or any cloud upon Berezovsky's title thereto (DOES 1 through 10, inclusive);<br><br>                              Counterdefendants. | |

Defendant / Counterclaimant Alex Berezovsky ("Berezovsky"); Plaintiff / Counterdefendant Nationstar Mortgage, LLC ("Nationstar"); and Defendant Tanglewood Homeowners Association ("Tanglewood") by and through their respective undersigned counsel, hereby stipulate and agree to substitute Val Grigorian ("Grigorian") as the real party in interest in place and instead of Alex Berezovsky.

IT IS FURTHER STIPULATED THAT Val Grigorian is substituted as the proper defendant and counterclaimant in place of Alex Berezovsky.

IT IS FURTHER STIPULATED THAT this Stipulation and Order to substitute Val Grigorian as the real party in interest shall not be construed as a waiver or release of any rights, claims, or defenses of the parties, except as expressly set forth herein.

IT IS FURTHER STIPULATED THAT the caption in this case shall reflect the change to Val Grigorian as the proper defendant and counterclaimant in this case.

DATED this 8 day of May, 2017.

**GREENE INFUSO, LLP**

_____/s/ Michael V. Infuso_____
Michael V. Infuso, Esq.
Nevada Bar No. 7388
Keith W. Barlow, Esq.
Nevada Bar No. 12689
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Alex Berezovsky

DATED this 8 day of May, 2017.

**AKERMAN LLP**

_____/s/ Rex D. Garner_____
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Rex D. Garner, Esq.
Nevada Bar No. 9401
1160 Town Center Drive
Suite 330
Las Vegas, Nevada 89144

Attorneys for Nationstar Mortgage LLC

**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

DATED this 8 day of May, 2017.

**Lipson Neilson Cole Seltzer & Garin**

_____/s/ Amber M. Williams_____
J. William Ebert, Esq.
Nevada Bar No. 2697
Amber M. Williams, Esq.
Nevada Bar No.  12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

Attorneys    for    Tanglewood    Homeowners
Association

## ORDER

**IT IS HEREBY SO ORDERED.**

DATED this __ May 10 _____, 2017.

_____
United States District Court Judge /
United States Magistrate Judge