# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | )<br>) |
| Plaintiff, | ) Case No. 2:15-cv-00909-JCM-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| TANGLEWOOD HOMEOWNERS ASSOCIATION, et al., | )<br>) |
| Defendants. | )<br>) |

Presently before the court is Defendant Tanglewood Homeowners' Association's Request for Exception for Personal Attendance of Insurance Carrier Representative (ECF No. 81), filed on May 10, 2017.

Defendant requests that the representative of its insurance carrier be excused from attending the settlement conference in person because "the file was only recently assigned to a new adjustor who is unable to personally attend." Defendant further states that it would be unduly burdensome for the representative to travel from New York, New York. Defendant states that the representative will be available by telephone and will be fully prepared for the settlement conference.

The court has reviewed and considered the motion but finds that it has insufficient information to properly evaluate the motion. Defendant does not specify the amount of the claim deductible or state whether there is an insurance retention limit for which Defendant is responsible before its insurance company is required to pay. Additionally, it is unclear to the court (1) how the fact that the representative is new to the case bears on the representative's ability to attend in person and (2) whether the representative has a genuine conflict that makes it impossible to travel to Las Vegas or whether the representative views the personal attendance requirement as too burdensome. Without this information, the court cannot evaluate whether the representative may be excused from

the personal attendance requirement.

IT IS THEREFORE ORDERED that Defendant Tanglewood Homeowners' Association's Request for Exception for Personal Attendance of Insurance Carrier Representative (ECF No. 81) is DENIED without prejudice.

DATED: May 15, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge