MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Plaintiff/Counterdefendant
Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>  Plaintiff,<br><br>vs.<br><br>ALEX BEREZOVSKY; and TANGLEWOOD HOMEOWNERS ASSOCIATION,<br><br>  Defendants. | Case No.: 2:15-cv-00909-JCM-CWH<br><br>**NOTICE OF DISASSOCIATION** |
| ALEX BEREZOVSKY, an individual,<br><br>  Counterclaimant,<br><br>v.<br><br>CURTIS BARSCHDORF, an individual; GAYE ANN BARSCHDORF, an individual; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; RICHLAND HOLDINGS, INC., dba ACCTCORP OF SOUTHERN NEVADA, a Nevada corporation; and any and all other persons unknown claim any right, title, estate, lien or interest in the Property adverse to the Berezovsky's ownership, or any cloud upon Berezovsky's title thereto (DOES 1 through 10, inclusive);<br><br>  Counterdefendants. | |

42292894;2

PLEASE TAKE NOTICE that Nationstar Mortgage LLC. hereby provides notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Donna M. Wittig, Esq., receive all future notices.

Respectfully submitted, this 13th day of July, 2017.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff/Counterdefendant*
*Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: July 14, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2

42292894;2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2017 pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system for filing and transmittal to all interested parties.

J. William Ebert, Esq.
Joseph P Garin, Esq.
Amber M. Williams, Esq.
**Lipson, Neilson, Cole, Seltzer & Garin, P.C.**
9900 Covington Cross Dr., Ste. 120
Las Vegas, Nevada 89144
*Attorneys for Defendant Tanglewood Homeowners Association, Hometown West II HOA*

Michael V. Infuso, Esq.
Keith W. Barlow, Esq.
**Greene Infuso, LLP**
3030 S. Jones Blvd, Ste. 101
Las Vegas, Nevada 89146
*Attorneys for Val Grigorian*

/s/ *Doug J. Layne*
An employee of AKERMAN LLP

3

42292894;2